UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL GONZALEZ,<br><br>              Plaintiff,<br><br>v.<br><br>PETER CHAN; YUK MUI CHAN; and Does 1-10,<br><br>              Defendants. | Case: 2:13-CV-01973-JAM-AC<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

**ORDER**

     This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.


Dated: 3/5/2015             /s/ John A. Mendez_____

                    HONORABLE JOHN A. MENDEZ

                    UNITED STATES DISTRICT COURT JUDGE

Joint Stipulation for Dismissal        Case: 2:13-CV-01973-JAM-AC